## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CARLOS AND RAQUEL ROQUE,** | § § § § | |
| **Plaintiffs,** | | |
| v. | § § | **CIVIL ACTION NO. 3:16-cv-02105-B** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND TERRI TORRES,** | § § § § § § | |
| **Defendants.** | § | |

## NOTICE OF SETTLEMENT

The Parties have reached a settlement in this case. The Parties anticipate that they will finalize the settlement in the next 30 days, and that they will submit an Agreed Stipulation of Dismissal with Prejudice by March 10, 2017, or as otherwise directed by the Court. Due to the settlement of the case, the parties ask that the action, including any upcoming deadlines, be abated, to ensure adequate time for the parties to sign releases.

Respectfully submitted,

*/s/Eric K. Bowers*
Eric K. Bowers              State Bar No. 24045538
ebowers@thompsoncoe.com
Roger D. Higgins            State Bar No. 9601500
rhiggins@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas,
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8256
Telecopy:  (214) 871-8209

**ATTORNEYS FOR DEFENDANTS ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND TERRI TORRES**

## CERTIFICATE OF SERVICE

On February 10, 2017, a true and correct copy of this document was duly served pursuant to the Federal Rules of Civil Procedure upon Plaintiff's attorney of record.

Brandon Davis
Arguello, Hope & Associates, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas, 77058
Telephone:  (281) 532-5529
Facsimile:  (281) 402-3534
Email:  Brandon@simplyjustice.com

**ATTORNEYS FOR PLAINTIFFS CARLOS AND RAQUEL ROQUE**

*/s/Eric K. Bowers*
Eric K. Bowers