# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CARLOS AND RAQUEL ROQUE,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:16-cv-02105-B** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE COMPANY** | § | |
| **AND TERRI TORRES,** | § | |
| | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Carlos and Raquel Roque and Defendants Allstate Vehicle and Property Insurance Company and Terri Torres hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

**ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.**

*/s/ Philip Broderick* (*w.p. *EKB*) \_\_\_\_\_
Philip Broderick
State Bar No. 24094561
1110 Nasa Parkway, Suite 620
Houston, Texas, 77058
Telephone:  (281) 532-5529
Facsimile:  (281) 402-3534
Email:  Philip@simplyjustice.com

**ATTORNEYS FOR PLAINTIFFS**

And

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Eric K. Bowers*
Roger D. Higgins
State Bar No.  09601500, IL 6182756
rhiggins@thompsoncoe.com
Eric K. Bowers
State Bar No.  24045538
ebowers@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     (214) 871-8200
Fax:                (214) 871-8209

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 9th day of March, 2017.

*/s/ Eric K. Bowers*
Eric K. Bowers